[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 01-15148

_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 29, 2003
THOMAS K. KAHN
CLERK

D. C. Docket No. 00-00079-CR-1-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID HENSON MCNAB,
ROBERT D. BLANDFORD, et al.,

Defendants-Appellants.

_____

No. 02-10810

_____

D. C. Docket No. 00-00079-CR-CB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ABNER SCHOENWETTER,
ROBERT D. BLANDFORD,

Defendants-Appellants.

No. 02-11264

_____

D. C. Docket No. 00-00079-CR-1-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID HENSON MCNAB,
ABNER SCHOENWETTER, et al.,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Southern District of Alabama

_____

**(May 29, 2003)**

Before HULL, WILSON and FAY, Circuit Judges.

ORDERED:

The petitions for rehearing are granted in part by deleting entirely footnote 24 from the Court's opinion which was issued on March 21, 2003. The Court will issue a substituted opinion making that deletion. The Court otherwise denies the petitions for rehearing of defendants' McNabb, Schoenwetter, Huang, Blandford and Embassy of Honduras.

No member of this Court having requested a poll, we deny the suggestion for rehearing en banc. *See* Fed. R. App. P. 35(a); Eleventh Circuit Rule 35-5.

FAY, Circuit Judge, dissents.